IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Criminal Action No. 04-cr-00432-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CINDY ATENCIO,
      A/K/A LYNN CINDY ATENCIO

      Defendant.

and

GEVITY, PEOPLE 1ST,

      Garnishee.

## ORDER DISMISSING WRIT OF GARNISHMENT

This matter comes before the Court on motion of the Plaintiff. The Court, being fully advised in the premises,

**ORDERS** that the Motion to Dismiss Writ of Garnishment filed on March 14, 2008 is **GRANTED**. The Writ of Garnishment issued on February 1, 2008 against GEVITY, People 1st is **DISMISSED**.

DATED this 17th day of March, 2008.

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    WILEY Y. DANIEL,
                                    UNITED STATES DISTRICT JUDGE